38

76 So.2d 509

76 So.2d 781

**Jodie E. RUSSELL et al.**

v.

**J. L. WINBOURNE et al.**

6 Div. 533.

Supreme Court of Alabama.

Dec. 16, 1954.

**Jessie Moline ROSSER**

v.

**Victor T. ROSSER.**

6 Div. 624.

Supreme Court of Alabama.

Oct. 28, 1954.

Rehearing Denied Jan. 13, 1955.

Patton & Robinson, Carrollton, for appellants.

W. A. Davis, Aliceville and J. H. Curry, Carrollton, for appellees.

MAYFIELD, Justice.

The appellants' interest in this land—the subject of this action—having been acquired by the appellees, it is ordered that appellees' motion to dismiss the appeal of this cause be and is hereby granted.

The motion of appellants to strike appellees' motion to dismiss the appeal of this cause is therefore dismissed.

Appellees' motion to dismiss appeal granted.

Appellants' motion to strike dismissed.

LIVINGSTON, C. J., and SIMPSON and GOODWYN, JJ., concur.